```
1  PHILLIP A. TALBERT
   United States Attorney
2  PETER K. THOMPSON
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   CASPAR CHAN
4  Special Assistant United States Attorney
           Social Security Administration
5          160 Spear Street, Suite 800
           San Francisco, CA  94105
6          Telephone: 510-970-4810
           Facsimile: 415-744-0134
7          Email: Caspar.Chan@ssa.gov
   Attorneys for Defendant
8
9
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CELIA ZAMILPA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:21-cv-01702-SKO<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>**(Doc. 12)** |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of 14 days to respond to Plaintiff's Motion for Summary Judgment in this case. In support of this request, the Commissioner respectfully states as follows:

1. The Commissioner's response to Plaintiff's Motion for Summary Judgment is due September 15, 2022. This is Defendant's first request for an extension of this deadline.

2. Counsel for the Commissioner is consulting with his client about the defensibility of this case. Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter. Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until September 29, 2022, respond to Plaintiff's Motion for Summary Judgment.

Date: _September 16, 2022_   LAW OFFICES OF FRANCISCO BENAVIDES

By:  _/s/ Caspar Chan for Francisco Benavides_*
FRANCISCO BENAVIDES
*Authorized by email on September 16, 2022*
Attorneys for Plaintiff

Date: _September 16, 2022_   PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:  _/s/ Caspar Chan_
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Pursuant to the foregoing stipulation (Doc. 12), and for good cause shown,

IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including September 29, 2022, to file the response to Plaintiff's opening brief. All other dates in the Scheduling Order (Doc. 9) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **September 16, 2022**            /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE